UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Bettye Felder,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-0271 (CKK) |
| | : | |
| **Corrections Corporation** | : | |
| **of America,** | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM OPINION

Pending is Defendant's Motion to Dismiss [Dkt. # 4]. After granting plaintiff's motions for time to retain counsel to oppose the motion, the Court on September 3, 2013, gave plaintiff until October 1, 2013, to file her response to defendant's motion with or without counsel. Plaintiff was informed that since she was allowed approximately five months to retain counsel and file a response, she would be granted no more extensions of time without demonstrating extraordinary circumstances. Sept. 3, 2013 Min. Order. Counsel has not appeared in the case on plaintiff's behalf, and plaintiff has not filed a response to defendant's motion.

Defendant Corrections Corporation of America ("CCA") argues essentially that plaintiff has named the wrong defendant for the claims stemming from her medical care at the District's Correctional Treatment Facility because CCA has contracted with the District to provide security services, not medical care. *See* Mot. at 3-5. Defendant further argues that the complaint fails to implicate CCA or CCA employees in any misconduct. *Id*. at 4. Since plaintiff has not contested these valid arguments, the Court will grant defendant's motion and will dismiss the case for failure to state a claim upon which relief can be granted. *See Hopkins v. Women's Div., General*

*Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd* 98 Fed.Appx. 8 (D.C. Cir. 2004) ("It is well understood in this Circuit that . . . a court may treat [unopposed] arguments [in a dispositive motion] . . . as conceded.") (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (other citation omitted). A separate Order accompanies this Memorandum Opinion.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
DATE: October 15, 2013  United States District Judge